UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>JOEL PEREZ-RODRIGUEZ,<br><br>                  Defendant. | No. 4:15-CR-06021-EFS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

    Before the Court are Defendant Joel Perez-Rodriguez's Unopposed Motion to Modify Conditions of Release, ECF No. 74, and related Motion to Expedite, ECF No. 73. On August 3, 2015, Magistrate Judge James P. Hutton held a bail hearing as to Mr. Perez-Rodriguez and set conditions of release. ECF Nos. 20 & 22. On August 2, 2016, Mr. Perez-Rodriguez entered a guilty plea and the Court ordered him released pending sentencing on the same conditions previously imposed. *See* ECF Nos. 54 & 55.

    In his Motion, Mr. Perez-Rodriguez asks to modify the terms of his release so that he may travel outside the district to visit a surgeon at Swedish Hospital in Seattle. *See* ECF No. 74. Defense counsel avers that Mr. Perez-Rodriguez has not violated the terms and conditions of his release, the U.S. Attorney's Office does not oppose the Motion, and the U.S. Probation Office does not oppose the Motion

ORDER - 1

so long as Mr. Perez-Rodriguez provides written records and information as requested prior to travelling. *See* ECF No. 74 at 2. The Court therefore finds good cause to expedite consideration of Mr. Perez-Rodriguez's Motion and grant the requested relief.

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite, **ECF No. 73**, is **GRANTED**.
2. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 74**, is **GRANTED.**
3. Defendant's conditions of release are modified as follows:
    A. Defendant Perez-Rodriguez is permitted to leave the Eastern District for medical evaluation, surgery, and aftercare at Swedish Hospital.
    B. Before leaving the District, upon specific request, Defendant Perez-Rodriguez shall provide to the U.S. Probation Office his reasons and any written records pertaining to his travel outside the District.
4. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 6th day of June 2017.

_____
EDWARD F. SHEA
Senior United States District Judge