FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOEL PEREZ-RODRIGUEZ,<br><br>                Defendant. | No. 4:15-cr-6021-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

      Before the Court, without oral argument, is Defendant Joel Perez-Rodriguez's Motion to Modify Conditions of Release. ECF No. 108. Pursuant to 18 U.S.C. § 3142(c)(3), Defendant asks the Court to modify his "curfew" condition of release (Special Condition of Release No. 18)[1] to permit him to attend a family gathering on Christmas Eve and Christmas Day, December 24-25, and on New Year's Eve and Day, December 31, 2019, and January 1, 2020, at his brother's residence in Pasco,

---

[1] Special Condition of Release No. 18 states, in regard to curfew, "Defendant shall be restricted to his/her residence every day from 10:00 p.m. to 4:00 a.m., or as otherwise directed by the Pretrial Services Office. ECF No. 22.

Washington. The United States has no objection to Defendant's request, so long as Defendant abides by all other conditions of release. ECF No. 108.

Because Defendant has complied with his conditions of release and there is no objection to this request, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 107,** is **GRANTED.**

2. So long as there is a responsible adult present who is aware of the charges against Defendant and who will chaperone Defendant if there are minors present, Defendant is permitted to attend a family gathering at his brother's residence in Pasco, Washington on Christmas Eve and Christmas Day, December 24-25, and on New Year's Eve and Day, December 31, 2019, and January 1, 2020.

3. Upon returning home from both family gatherings, Defendant is to contact his supervising probation officer.

4. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this   11th   day of December 2019.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
