FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL PEREZ-RODRIGUEZ,<br><br>　　　　　　Defendant. | No.　4:15-cr-6021-EFS<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court, without oral argument, is Defendant Joel Perez-Rodriguez's second Motion to Modify Conditions of Release. ECF No. 110. Pursuant to 18 U.S.C. § 3142(c)(3), Defendant asks the Court to permit him to travel to California from December 20 to 27, 2019, to celebrate Christmas with his wife's family, as detailed in his motion and discussed with his supervising probation officer. Defense counsel avers that the United States has no objection to Defendant's request, so long as Defendant abides by all other conditions of release.

Because Defendant has complied with his conditions of release and there is no objection to this request, **IT IS HEREBY ORDERED:**

1.　Defendant's second Motion to Modify Conditions of Release, **ECF No. 110,** is **GRANTED**.

2. So long as there is a responsible adult present who is aware of the charges against Defendant and who will chaperone Defendant if there are minors present, Defendant is permitted to travel to California from December 20 to 27, 2019, to celebrate Christmas with his wife's family.

3. Defendant is to maintain communication with his supervising probation officer as directed by that officer.

4. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this ___17th___ day of December 2019.

                s/Edward F. Shea
                EDWARD F. SHEA
          Senior United States District Judge