FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOEL PEREZ-RODRIGUEZ,<br><br>               Defendant. | No.   4:15-cr-6021-EFS<br><br>**ORDER GRANTING DEFENDANT'S THIRD MOTION TO MODIFY CONDITIONS OF RELEASE** |

      Before the Court, without oral argument, is Defendant Joel Perez-Rodriguez's third Motion to Modify Conditions of Release.[1] Pursuant to 18 U.S.C. § 3142(c)(3), Defendant asks the Court to modify the "curfew" release condition so that he can 1) travel to/from Ephrata to attend his niece's wedding and reception on July 25, 2020, to 2:00 a.m. on July 26, 2020,[2] and 2) travel to/from Portland to visit his aunt on August 8-9, 2020, as detailed in his motion and discussed with his supervising probation officer. Defense counsel avers that the United States has no objection to Defendant's request so long as Defendant abides by all other conditions

---

[1] ECF No. 123.

[2] Defendant advised the U.S. Probation Officer that he has been requested to "D.J." the reception, which is scheduled to go until approximately midnight.

of release. The U.S. Probation Office has no objection so long as there is a responsible adult present who is aware of the charges against Defendant and who will chaperone Defendant if minors are present.

Because Defendant has complied with his conditions of release and there is no objection to this request, **IT IS HEREBY ORDERED:**

1. Defendant's third Motion to Modify Conditions of Release, **ECF No. 123,** is **GRANTED**.

2. So long as there is a responsible adult present who is aware of the charges against Defendant and who will chaperone Defendant if minors are present, Defendant is permitted to travel to/from Ephrata to attend his niece's wedding and reception from July 25, 2020, to July 26, 2020, at 2:00 a.m., and travel to/from Portland, Oregon from August 8 to 9, 2020, to visit his aunt.

3. Defendant is to maintain communication with his supervising probation officer as directed by that officer.

4. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this ___17th___ day of July 2020.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge