FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-cr-6021-EFS |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FOURTH MOTION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| JOEL PEREZ-RODRIGUEZ, | |
| Defendant. | |

Before the Court, without oral argument, are Defendant Joel Perez-Rodriguez's fourth Motion to Modify Conditions of Release and related Motion to Expedite.[1] Pursuant to 18 U.S.C. § 3142(c)(3), Defendant asks the Court to modify the "curfew" release condition so that he can travel to/from Portland to attend his aunt's viewing and graveside interment service on July 23 and 24, 2020.[2] Given the

---

[1] ECF Nos. 124 & 125.

[2] This Portland trip replaces Defendant's previously granted request to visit his aunt later in August 2020. As such, the Court now withdraws its previously granted modification to the curfew condition for the August 2020 travel to Portland.

expedited nature of this request, defense counsel was unable to obtain the United States' position as to the request; however, the United States previously did not object to Defendant's request to travel to Portland in August to visit his aunt, so long as Defendant abided by all other conditions of release. The U.S. Probation Office has no objection so long as there is a responsible adult present who is aware of the charges against Defendant and who will chaperone Defendant if minors are present and if Defendant provides him with the specific address(es) of the services.

Because Defendant has complied with his conditions of release and there is no objection to this request, **IT IS HEREBY ORDERED:**

1. Defendant's fourth Motion to Modify Conditions of Release and related Motion to Expedite, **ECF Nos. 125 & 126,** are **GRANTED**.

2. So long as there is a responsible adult present who is aware of the charges against Defendant and who will chaperon Defendant if minors are present, Defendant is permitted to travel to/from Portland, Oregon from July 23-24, 2020, to attend his aunt's viewing and graveside interment services.

3. Defendant is to maintain communication with his supervising probation officer as directed by that officer and is to provide him with the specific Portland-area address(es).

4. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this   21st   day of July 2020.

                             s/Edward F. Shea
                            EDWARD F. SHEA
                    Senior United States District Judge