FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL PEREZ-RODRIGUEZ,<br><br>　　　　　　　　Defendant. | No.　4:15-cr-6021-EFS<br><br>**ORDER GRANTING DEFENDANT'S FIFTH MOTION TO MODIFY CONDITIONS OF RELEASE** |

　　　Before the Court, without oral argument, is Defendant Joel Perez-Rodriguez's Fifth Motion to Modify Conditions of Release.[1] Pursuant to 18 U.S.C. § 3142(c)(3), Defendant asks the Court to modify the "curfew" release condition (Condition No. 18) to allow him additional time to return home after his late-night work shift at a convenience store.[2] Defendant regularly works past the 10:00 p.m. curfew. When he does so, Defendant must so advise the Pretrial Services Office.

---

[1] ECF No. 134.

[2] Condition No. 18 reads: "**Curfew**: Defendant shall be restricted to his/her residence every day from **10:00 p.m. to 4:00 a.m.,** or as otherwise directed by the Pretrial Services Office." ECF No. 22.

Defendant seeks to modify the curfew condition to permit him to be at his residence, place of employment, or traveling directly between the two locations during the curfew-restricted hours.

The U.S. Probation Office has no objection to Defendant's request, although it does not believe modifying the curfew condition is necessary. The United States defers to the U.S. Probation Office and the Court on this matter.

Because Defendant has complied with his conditions of release and there is no objection to this request, **IT IS HEREBY ORDERED:**

1. Defendant's Fifth Motion to Modify Conditions of Release, **ECF Nos. 134,** is **GRANTED**.

2. Condition No. 18's curfew restriction is modified as follows:

    **Curfew**: Defendant shall be restricted to his residence, place of employment, or travelling directly between the two locations, every day from **10:00 p.m. to 4:00 a.m.**, or as otherwise directed by the Pretrial Services Office.

3. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this ___7th___ day of October 2020.

    s/Edward F. Shea
    EDWARD F. SHEA
    Senior United States District Judge