FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL PEREZ-RODRIGUEZ,<br><br>　　　　　　Defendant. | No.　4:15-cr-6021-EFS<br><br>**ORDER GRANTING DEFENDANT'S SIXTH MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court, without oral argument, is Defendant Joel Perez-Rodriguez's Sixth Motion to Modify Conditions of Release.[1] Pursuant to 18 U.S.C. § 3142(c)(3), Defendant asks the Court to modify the "curfew" release condition (Revised Condition No. 18)[2] to permit him to attend two holiday gatherings, one on Christmas Eve through Christmas Day and the other from New Year's Eve

---

[1] ECF No. 137.

[2] Revised Condition No. 18 reads: "**Curfew**: Defendant shall be restricted to his residence, place of employment, or traveling directly between the two locations, every day from **10:00 p.m. to 4:00 a.m.,** or as otherwise directed by the Pretrial Services Office." ECF No. 136.

through New Year's Day. This request is not opposed by either the U.S. Probation Office or the U.S. Attorney's Office.

Because Defendant has complied with his conditions of release and there is no objection to this request, the Court grants Defendant's motion. However, the Court makes no finding as to the appropriateness of Defendant attending these gatherings considering COVID-19. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Sixth Motion to Modify Conditions of Release, **ECF Nos. 137,** is **GRANTED**.

2. Defendant's conditions of release are modified as follows: On December 24, 2020, and December 31, 2020, Defendant Perez-Rodriguez may stay overnight at an address other than his residence so long as Defendant's supervising probation officer preapproves the address.

3. All other conditions of release remain in full effect.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this   15th   day of December 2020.

					s/Edward F. Shea
					EDWARD F. SHEA
				Senior United States District Judge