FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOEL PEREZ-RODRIGUEZ ,<br><br>                    Defendant. | No.   4:15-cr-06021-EFS-1<br><br>**ORDER REJECTING THE RULE-11(c)(1)(C) PLEA AGREEMENT** |

On Tuesday, April 13, 2021, the Court conducted a sentencing hearing in the above-captioned matter. Assistant U.S. Attorney Alison L. Gregoire appeared on behalf of the Government. Defendant Joel Perez-Rodriguez was present, represented by Adam R. Pechtel. The Court previously found Defendant's plea of guilty to Count One of the Indictment to be knowing, intelligent, and voluntary and not induced by fear, coercion, or ignorance. ECF No. 55. The Court therefore accepted Defendant's guilty plea and deferred ruling on whether to accept the parties' Rule 11(c)(1)(C) plea agreement.

After reviewing the presentence investigation report and hearing from counsel, the U.S. Probation Office, and Defendant, the Court **REJECTS** the parties' Rule 11(c)(1)(C) plea agreement, specifically, the proposed sentencing

guideline range of 87-108 months. After considering the 18 U.S.C. § 3553 sentencing factors, the Court finds that a sentence of 60 months imprisonment and 5 years of supervised release to be a just and equitable sentence, but no greater than necessary, to serve the goals and purposes of sentencing. After the Court notified counsel and Defendant that it was rejecting the parties' plea agreement terms, neither party wished to withdraw from the plea agreement and Defendant did not wish to withdraw his guilty plea. Accordingly, sentencing proceeded, and a judgment of conviction will be separately entered.

**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of April 2021.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge